AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA    United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

MAY 31 2019

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Cesar MENDOZA-Hernandez
A026 089 488  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- MJ-623

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 30, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 30, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on January 18, 2019. The defendant was convicted of a Criminal Alien found unlawfully Present in the United States after Deportation on May 1, 2012. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1,485.00 USD at the time of arrest.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant

Quintanilla, Adalberto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 31, 2019    at    Brownsville, Texas
Date             City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge       Title of Judge

Signature of Judge